No. 04-01-00603-CV



IN RE Rafael VASQUEZ,



From the 175th Judicial District Court, Bexar County, Texas


Trial Court Nos. 95-CR-0683 & 95-CR-0685


Honorable Mary Roman, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: September 28, 2001


PETITION FOR WRIT OF MANDAMUS DENIED

 On September 14, 2001, relator filed a petition for writ of mandamus. This court has
determined that the relator is not entitled to the relief sought. Therefore, the petition is DENIED.
Tex. R. App. P. 52.8(a). 


 PER CURIAM

DO NOT PUBLISH